354

Misc. No. 14–8015/AF. Melvert Washington, Appellant v. United States, Appellee. CCA 2013–29. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's motion to extend time to file a reply brief granted to June 12, 2014.

No. 14–0003/AF. U.S. v. Allen K. Hohenstein. CCA 37965. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 9, 2014.

No. 14–0604/NA. U.S. v. Donald J. McAllister. CCA 201300086. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 9, 2014.

No. 14–0611/AR. U.S. v. Zachary D. Nix. CCA 20120347. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 10, 2014.

